511 A.2d 1345

**Richard DEVEREAUX, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

July 9, 1986.

Frederick I. Huganir, Public Defender's Office, Carlisle, for petitioner.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The order of the Commonwealth Court is reversed, and the matter is remanded to the Pennsylvania Board of Probation and Parole for reconsideration in light of *Rivenbark v. Pennsylvania Board of Probation and Parole*, 509 Pa. 248, 501 A.2d 1110 (1985).